UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Professor Brian Biles**            **Plaintiff,** <br><br> v. <br><br> **Centers for Medicare and Medicaid Services** <br><br>            **Defendant.** | Civil Action No. 11-1997 (ABJ) |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the Centers for Medicare and Medicaid Services (CMMS),[1] by and through undersigned counsel, hereby submits the following answer to Plaintiff's complaint:

### FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted because Plaintiff has sued the improper party.

### SECOND DEFENSE

As to some or all of the claims asserted in this action, Defendant asserts that it has not improperly withheld documents in this FOIA action.

### THIRD DEFENSE

As a separate and further defense, answering specifically the numbered paragraphs of Plaintiff's complaint and without waiving any defenses and/or objections, Defendant admits, denies, or otherwise avers as follows:

---

[1] Plaintiff names the Center for Medicare and Medicaid Services as "defendant." However, only cabinet-level agencies are proper defendants subject to a FOIA action. Thus, Health and Human Services (HHS) is the proper "defendant." *See* 5 U.S.C. § 552(f)(1).

## INTRODUCTION

1.     This paragraph contains Plaintiff's characterization of this action to which no response is required; to the extent a response is required, denied.

## JURISDICTION AND VENUE

2.     This paragraph contains a statement of jurisdiction and venue to which no response is required; however, the Defendant admits that this Court has jurisdiction and that venue is proper in this judicial district.

## PARTIES

3.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

4.     Defendant admits the allegations contained in this paragraph.

## STATUTORY BACKGROUND

5.     This paragraph contains Plaintiff's characterization of the FOIA, not averments of fact to which an answer is required; to the extent a response is required, denied.  The provisions of the FOIA speak for themselves.

6.     This paragraph contains conclusions of law to which no response is required; to the extent a response is required, denied.  The provisions of the FOIA speak for themselves.

7.     This paragraph contains conclusions of law to which no response is required; to the extent a response is required, denied.  The provisions of the FOIA speak for themselves.

8.     This paragraph contains conclusions of law to which no response is required; to the extent a response is required, denied.  The provisions of the FOIA speak for themselves.

## FACTS

9.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

10.     Defendant admits that Plaintiff filed a FOIA request dated July 18, 2011, and further avers that the actual request letter contains the best evidence of its contents.

11.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

12.     Defendant admits that it did not respond to Plaintiff's request within 20 working days.  The remained of this paragraph is a conclusion of law to which no response is required; to the extent a response is required, denied.

13.     Defendant admits the allegations contained in this paragraph.

14.      Defendant admits the allegation contained in the first sentence of this paragraph. The second sentence is a conclusion of law to which no response is required; to the extent a response is required, denied.

## CLAIM

15.     Defendant incorporates its responses to paragraphs 1-14.

16.     Defendant denies the allegations contained in this paragraph.

## RELIEF

17.     The remaining paragraph is Plaintiff's prayer for relief to which no response is required, but to the extent a response is required, Defendants deny that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

Defendant denies each and every allegation in the Complaint that has not been previously otherwise qualified or denied.

WHEREFORE, Defendant, having fully answered, requests that Plaintiff's complaint be dismissed with prejudice, that costs be assessed against Plaintiff, and that Defendant be awarded any other relief deemed just and proper.

        Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS
Chief, Civil Division

          /s/
HEATHER GRAHAM OLIVER
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., E4-4808
Washington, D.C.  20530
(202) 305-1334
(202) 514-8780